IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THE CITY OF EUFAULA, ALABAMA, et al., ) ) ) Plaintiffs, ) ) v. ) ) ) ALABAMA DEPARTMENT OF ) TRANSPORTATION, et. al, ) ) Defendants. ) | CIVIL ACTION NO. 2:14cv1206-MHT (WO) |

JUDGMENT

Counsel for plaintiff City of Eufaula, Alabama, having orally informed the court that it is the only plaintiff that has brought state-law claims, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff City of Eufaula's motion to dismiss state-law claims (doc. no. 30) is granted.

(2) All state-law claims in this case are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 19th day of December, 2014.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE