IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THE CITY OF EUFAULA, ALABAMA; EUFAULA HERITAGE ASSOCIATION; ALABAMA TRUST FOR HISTORIC PRESERVATION; and NATIONAL TRUST FOR HISTORIC PRESERVATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALABAMA DEPARTMENT OF TRANSPORTATION; JOHN R. COOPER, as Director of the Alabama Department of Transportation; FEDERAL HIGHWAY ADMINISTRATION; and MARK BARTLETT, as Division Administrator of the Federal Highway Administration,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)    2:14cv1206-MHT<br>)        (WO)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

In accordance with the opinion entered December 29, 2014, it is the ORDER, JUDGMENT, and DECREE of the court that the motion for temporary-restraining order (doc. no. 2) is denied.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 29th day of December, 2014.**

                                 /s/ Myron H. Thompson  
                             **UNITED STATES DISTRICT JUDGE**