IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| THE CITY OF EUFAULA, ALABAMA, et al., )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>TRANSPORTATION, et. al, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv1206-MHT<br>(WO) |

**JUDGMENT**

The court having been informed that the remaining claims of the plaintiff City of Eufaula, Alabama, are now settled, it is the ORDER, JUDGMENT, and DECREE of the court that the claims of plaintiff City of Eufaula, Alabama, are dismissed with prejudice, with the parties to bear their own costs and with leave to the parties, within 49 days, to stipulate to a different basis for dismissal or to stipulate to the entry of judgment instead of dismissal, and with leave to any party to file, within 49 days, a motion to have the dismissal

set aside and the claims reinstated or the settlement enforced, should the settlement not be consummated.

Plaintiff City of Eufaula, Alabama, is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 22nd day of January, 2015.

                                 /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**