IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **EUFAULA HERITAGE ASSOCIATION, et al.,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION NO. 2:14cv1206-MHT (WO) |
| **ALABAMA DEPARTMENT OF TRANSPORTATION, et al.,** ) ) ) | |
| Defendants. ) | |

**ORDER**

In accordance with the opinion entered January 29, 2015, it is the ORDER, JUDGMENT, and DECREE of the court that the motions for a preliminary injunction (doc. no. 2) and injunction pending appeal (doc. no. 40) are denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 29th day of January, 2015.

                                                                    /s/ Myron H. Thompson
                                                     UNITED STATES DISTRICT JUDGE