IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EUFAULA HERITAGE ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:14cv1206-MHT (WO) |
| ALABAMA DEPARTMENT OF TRANSPORTATION, et al., | ) ) ) | |
| Defendants. | ) | |

### JUDGMENT

Pursuant to the notice of voluntary dismissal (doc. no. 52), it is the ORDER, JUDGMENT, and DECREE of the court that the case is dismissed in its entirety without prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of February, 2015.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE